IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JONATHON LOOS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No.  15-cv-215-CJP |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| Defendant. | ) |

<u>**ORDER for ATTORNEY'S FEES**</u>

**PROUD, Magistrate Judge:**

Before the Court is the Defendant's Agreed Motion to Award Attorney Fees. **(Doc. 27).**

Defendant represents that the parties have agreed that plaintiff is entitled to an award in the amount of $4,700.00 for attorney's fees and expenses, and no additional sum for costs.  Further, this award shall fully satisfy any claims for fees and expenses that may be payable in this case under the Equal Access to Justice Act, 28 U.S.C. §2412.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).  The Court further finds that the agreed upon amount is reasonable and appropriate.

Defendant's Agreed Motion to Award Attorney Fees **(Doc. 27)** is **GRANTED**. The Court awards plaintiff the sum of **$4,700.00** (four thousand and seven

hundred dollars) for attorney's fees and expenses pursuant to the Equal Access to Justice Act. These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and his attorney.

    **IT IS SO ORDERED.**

    **DATE:   August 25, 2016.**

    <u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**